UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
VINCENT FIORELLO, JR.,

                   Plaintiff(s)

         -against-

SKANSKA USA, INC., et al,

                   Defendant(s).
-------------------------------------------------------------X

25 civ 9467 (JGK)

## ORDER

The conference scheduled for Wednesday, March 11, 2026, at 3:30pm, is canceled.

**SO ORDERED.**

                                    **JOHN G. KOELTL**
                         **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       March 5, 2026