UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

VINCENT FIORELLO, JR.,

                      **Plaintiff,**

    - against -

SKANSKA USA, INC., ET AL.,

                      **Defendants.**

_____

**25-cv-9467 (JGK)**

**Order**

JOHN G. KOELTL, District Judge:

Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time for the third-party defendant, Metropolitan Transportation Authority ("MTA"), to answer the third-party complaint was originally May 21, 2026. See ECF No. 17. To date, no answer has been filed.

The time for the MTA to answer or respond to the third-party complaint is extended to **June 9, 2026.** Failure to respond to the third-party complaint by this date could result in a default judgment being entered against the MTA.

The third-party plaintiff, National Railroad Passenger Corporation, shall serve a copy of this Order on the MTA and file proof of service on the docket by **May 29, 2026.**

SO ORDERED.

Dated:    New York, New York
          May 26, 2026

                                John G. Koeltl
                      United States District Judge