UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VINCENT FIORELLO, JR.,

                Plaintiff,

    - against -

SHANSKA USA INC., ET AL.,

                Defendants.

---

25-cv-9467 (JGK)

**Order**

JOHN G. KOELTL, District Judge:

On November 11, 2025, the Court referred this matter to mediation. ECF No. 5. The parties are instructed to provide the Court with a status report by **June 12, 2026**. The time for the parties to answer or move to dismiss any of the pleadings in this action is stayed pending mediation.

SO ORDERED.

Dated:    New York, New York
          June 5, 2026

                           John G. Koeltl
                 United States District Judge