UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
VINCENT FIORELLO, JR.,

Plaintiff,

-against-

SKANSKA USA INC., SKANSKA USA CIVIL INC., SKANSKA USA CIVIL NORTHEAST INC., and NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK,

Defendants.
------------------------------------------------------------------------X

Case No.: 1:25-cv-09467-JGK

**PROPOSED CONSENT ORDER FOR SUBSTITUTION OF ATTORNEY**

**Notice is hereby given that, subject to approval by the court,** defendant, National Railroad Passenger Corporation d/b/a Amtrak, substitutes Scott E. Miller, SDNY Bar ID SM1538, as counsel of record in place of Stephen Dougherty of Hohn & Scheuerle, LLC.

Contact information for new counsel is as follows:
Firm Name: PILLINGER MILLER TARALLO, LLP
Address: 232 Madison Avenue, Suite 403, New York, New York 10016
Telephone: (212) 461-6115 - Facsimile: (212) 461-6116
E-Mail: smiller@pmtlawfirm.com

**Defendant National Railroad Passenger Corporation d/b/a Amtrak consents to the above substitution.**

Date: July 9, 2026

By: *_/s/ Gregory A. Gibilaro_*
GREGORY A. GIBILARO
*Lead Claims Specialist, Amtrak*

**I consent to being substituted.**

Date: July 9, 2026

**HOHN & SCHEUERLE, LLC**

*_/s/ Stephen S. Dougherty_*
By: Stephen Dougherty, Esq.

**I consent to the above substitution.**

Case 1:25-cv-09467-JGK Document 28 Filed 07/10/26 Page 2 of 2

Date: July 10, 2026

**PILLINGER MILLER TARALLO, LLP**

By: Scott E. Miller, Esq. (SM1538)

**The substitution of attorney is hereby approved and SO ORDERED.**

Date: 7/10, 2026

Hon. JOHN G. KOELTL
United States District Judge